**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-2200**

In Re:  US AIRWAYS, INCORPORATED,

                                                          Debtor.

-------------------------------------

PHILLIP H. FRAZIER,

                                        Plaintiff - Appellant,

          versus

US AIRWAYS, INCORPORATED,

                                        Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (1:06-cv-00534-LMB; BK-04-13819-SSM; AP-05-01131-SSM)

Submitted:  August 29, 2007      Decided:  September 12, 2007

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Phillip H. Frazier, Appellant Pro Se.  Douglas Michael Foley,
MCGUIREWOODS, LLP, Norfolk, Virginia; Sarah Beckett Boehm,
MCGUIREWOODS, LLP, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip H. Frazier appeals the district court's order affirming the bankruptcy court's order granting summary judgment in favor of US Airways, Inc., on his claims alleging retaliation, malicious prosecution, and intentional infliction of emotional distress. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Frazier v. US Airways, Inc.</u>, Nos. 1:06-cv-00534-LMB; BK-04-13819-SSM; AP-05-01131-SSM (E.D. Va. filed Oct. 3, 2006 & entered Oct. 4, 2006; March 28, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>